JAN 0 6 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DOUGLAS R. CARON,

    *Plaintiff,*

v.

TD AMERITRADE, INC., et al.,

    *Defendants.*

Case No. 19-cv-09015(AJN)(GWG)

[Proposed] ORDER

## [PROPOSED] ORDER

The Court GRANTS the motion of Jan Harris to file her proposed brief amicus curiae in this matter.

**SO ORDERED:**

Dated: 1/6/20

_____
The Honorable Alison J. Nathan
United States District Judge