UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Douglas R. Caron,

        Plaintiff,

—v—

TD Ameritrade, *et al.*,

        Defendants.

19-cv-9015 (AJN)

ORDER

JAN 1 6 2020

ALISON J. NATHAN, District Judge:

On January 13, 2020, Defendant TD Ameritrade filed a motion to dismiss or in the alternative compel arbitration. Dkt. No. 19. On the same date, Defendants The Depository Trust & Clearing Corporation, The Depository Trust Company, and Cede & Co. also filed a motion to dismiss. Dkt. No. 24. Pursuant to this Court's Special Rules of Practice in Civil Pro Se Cases, papers filed in opposition to these motions must be served and filed within four weeks of the service of the motion papers, and reply papers, if any, must be served and filed within two weeks of receipt of opposition papers. Chambers will mail a copy of this Order to Plaintiff and note its mailing on the docket.

    SO ORDERED.

    Dated: January 15, 2020
           New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge