**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Douglas R. Caron,

                Plaintiff,

  -against-                                19 **CIVIL** 9015 (AJN)

                                              **JUDGMENT**

TD Ameritrade, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 30, 2020, Defendants' motions to dismiss Plaintiff's Amended Complaint with prejudice is GRANTED and the motions to intervene are DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:** New York, New York

      November 30, 2020

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                               **BY:**     *K. Mango*

                                                         **Deputy Clerk**